IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

FIRST COLONY LIFE INS. CO.

                                                                                                                               PLAINTIFF

V.                                                    CIVIL ACTION NO. 3:05-cv-558 HTW-LRA

BOBBY L. SANFORD                                                        DEFENDANT

**FINAL JUDGMENT**

      This cause came before the court on several motions filed by defendant Bobby L. Sanford: namely, motion for partial summary judgment as to plaintiff's claim of lack of insurable interest; motion for partial summary judgment as to "suspect" status; and, motion to dismiss, or alternatively for partial summary judgment. Also before the court is a motion filed by plaintiff First Colony Life Insurance Company for summary judgment.

      After consideration of the motions, evidence offered in support of the motions, memoranda of the parties, and the court having heard oral arguments, the court finds that the motion of the plaintiff is well taken and should be granted. The Memorandum Opinion and Order of this court dated March 5, 2007, and the findings of fact and law included therein are incorporated by reference. For the reasons assigned in that order, the court concludes that judgment should be entered in favor of the plaintiff and against the defendant and that the plaintiff should be awarded its costs.

IT IS ORDERED AND ADJUDGED that the plaintiff is entitled to recover its taxable costs in this action upon filing a Bill of Costs in the time and manner prescribed.

**SO ORDERED AND ADJUDGED, THIS THE 5th day of March, 2007.**

**s/ HENRY T. WINGATE**
**CHIEF UNITED STATES DISTRICT JUDGE**

Civil Action No. 3:05-cv-558 HTW-LRA
Final Judgment